**Larry A. WILLS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2006–3290.

United States Court of Appeals, Federal Circuit.

July 13, 2007.

Willie J. Nunnery, Nunnery Law Offices, of Madison, WI, argued for petitioner.

Robert P. Sindermann, Jr., Appellate Counsel, United States Postal Service, of Washington, DC, argued for respondent.

New Jersey, sitting by designation.

With him on the brief were Peter D. Keisler, Assistant Attorney General, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, and Lori J. Dym, Chief Counsel, Law Department Civil Practice, United States Postal Service, of Washington, DC. Of counsel was David C. Belt.

Before MAYER and PROST, Circuit Judges and LINARES, District Judge.*

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.